**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| The Kilimanjaro Corporation, ) | | 2:07-cv-07010-FMC-PJWx |
| ) | | |
| Plaintiff(s), ) | | DISMISSAL BY COURT FOR FAILURE |
| ) | | TO COMPLY WITH RULE 4(M) OF THE |
| v. ) | | FEDERAL RULES OF CIVIL PROCEDURE |
| ) | | |
| Scribd.com et al, ) | | |
| ) | | |
| Defendant(s), ) | | |
| ) | | |

      On March 13, 2008, the Court issued an Order to Show Cause re Dismissal. A written response was ordered to be filed not later than March 27, 2008. No response has been filed.

      IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled cause is dismissed without prejudice for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: April 3, 2008

                                          FLORENCE-MARIE COOPER
                                          UNITED STATES DISTRICT JUDGE