**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Kilimanjaro Corporation, )<br>)<br>    Plaintiff(s), )<br>)<br>    v. )<br>)<br>Scribd.com et al, )<br>)<br>    Defendant(s), )<br>_____ ) | 2:07-cv-07010-FMC-PJWx<br><br>DISMISSAL BY COURT FOR FAILURE<br>TO COMPLY WITH RULE 4(M) OF THE<br>FEDERAL RULES OF CIVIL PROCEDURE |

   On March 13, 2008, the Court issued an Order to Show Cause re Dismissal. A written response was ordered to be filed not later than March 27, 2008. No response has been filed.

   IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled cause is dismissed without prejudice for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: April 3, 2008

                    FLORENCE-MARIE COOPER
                    UNITED STATES DISTRICT JUDGE